**LARRY H. LUM, ESQ.**
Nevada Bar No. 14914
**KAREN L. BASHOR, ESQ.**
Nevada Bar No. 11913
**ALEXANDRA B. M<sup>C</sup>LEOD, ESQ.**
Nevada Bar No. 8185
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
T (702) 727-1400 | F (702) 727-1401
larry.lum@wilsonelser.com
karen.bashor@wilsonelser.com
alexandra.mcleod @wilsonelser.com
*Attorneys for Defendant Nevada Property 1 LLC
   dba The Cosmopolitan Hotel*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JACOB NADAV;<br><br>  Plaintiff,<br><br>vs.<br><br>NEVADA PROPERTY 1 LLC, d/b/a COSMOPOLITAN HOTEL; a domestic limited liability company; DOE EMPLOYEES OF THE COSMOPOLITAN HOTEL; DOES 1-25, inclusive; ROE CORPORATION 1-25, inclusive,<br><br>  Defendants. | CASE NO: 2:23-cv-01116-RFB-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, JACOB NADAV, by and through his attorney of record, Alison M. Brasier, Esq. of HICKS & BRASIER, PLLC, and Defendant, NEVADA PROPERTY 1 LLC dba THE COSMOPOLITAN HOTEL ("Defendant") by and through its attorneys of record, Larry H. Lum, Esq., Karen L. Bashor, Esq. and Alexandra B. M<sup>c</sup>Leod, Esq. of the law firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP, do hereby stipulate and agree that all claims in this action are dismissed with prejudice with each party bearing its own fees and costs. The parties further agree that any and all upcoming Court hearings can be vacated, and any jury fees returned.

**IT IS SO STIPULATED:**

Dated: November 14, 2024

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

/s/ Alexandra B. McLeod
Karen L. Bashor, Esq.
Nevada Bar No. 11913
Alexandra B. McLeod, Esq.
Nevada Bar No. 12869
*Attorneys for Defendant Nevada Property 1 LLC dba The Cosmopolitan Hotel*

Dated: November 14, 2024

**HICKS & BRASIER, PLLC**

/s/ Alison M. Brasier
Alison M. Brasier, Esq.
Nevada Bar No. 10522
Tex J. Boonjue, Esq.
Nevada Bar No. 15016
*Attorneys for Plaintiff*

### **ORDER**

**IT IS SO ORDERED:**

**DATED:** November 15, 2024

---

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**